**GIBSON DUNN**

Mylan L. Denerstein
Partner
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

August 21, 2025

VIA ELECTRONIC FILING

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

*The motion to adjourn the conference is GRANTED. Defendant's time to answer will be 21 days after an order on the motion to consolidate.*

DATE: 08/22/2025

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

Re:    *Nguyen v. Christian Dior, Inc.*, No. 25-cv-6270-LJL (S.D.N.Y.)

Dear Judge Liman:

Pursuant to Section 1(D) of this Court's Individual Rules of Practice in Civil Cases, Defendant Christian Dior, Inc. respectfully requests to stay the deadline to respond to Plaintiff's Class Action Complaint (the "Complaint") filed on July 30, 2025.  *See* Dkt. 1.  The parties are not currently scheduled to appear before this Court.  This is the first request for an extension of time to respond to the Complaint and Plaintiff consents to this request.

Defendant Christian Dior, Inc. was served through the New York Secretary of State on August 4, 2025, and its response to the Complaint is currently due on August 25, 2025.  *See* Fed. R. Civ. P. 12(a).

On August 8, 2025, Plaintiff in this action, along with plaintiffs in several recently filed related actions,[1] filed a Motion to Consolidate Actions and Appoint Interim Class Counsel and an Executive Committee in the first-filed case, captioned *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y. Aug. 8, 2025), Dkt. No. 12 (the "Motion to Consolidate").  This Motion to Consolidate is pending and seeks to (1) consolidate this, and the other related actions, into the first-filed action; (2) appoint Plaintiffs' proposed leadership structure; (3) stay this action and the Defendants' responsive pleading deadlines in this action; and (4) require the filing of a consolidated class action complaint in the proposed lead case.  A copy of Plaintiffs' Motion to Consolidate is attached as **Exhibit A**.

Defendant Christian Dior, Inc. respectfully requests that, in light of Plaintiffs' Motion to Consolidate and in the interest of efficiency, its time to answer, move, or otherwise respond to the Complaint in this action be stayed pending a ruling on the Motion to Consolidate.  Plaintiff in this action does not oppose this request.

We thank the Court for its consideration of this request.

---

[1]  *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y.) (first-filed action); *Michael Toikach v. Christian Dior, Inc.*, No. 25-cv-6058-JGK (S.D.N.Y.); *Holland v. Christian Dior, Inc.*, No. 25-cv-6200-RA (S.D.N.Y.), and *Bhatt et al., v. Christian Dior, Inc. at al.*, No. 25-cv-2605-MKV (S.D.N.Y.).

**GIBSON DUNN**

August 21, 2025
Page 2

Respectfully Submitted,

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

cc: All Counsel of Record via ECF